MARK GRAVES and Others, Constituting the State Tax Commission of the State of New York, Respondents, v. A. D. PHELPS, Appellant.— Defendant has appealed from a judgment of the Supreme Court in an action for unpaid stock transfer taxes and penalties under article XII of the Tax Law. The complaint alleges that he sold, transferred, distributed and delivered or procured the delivery and transfer of 531,820 shares of Producers Royalty Company, Inc., stock and failed to pay the tax imposed by the provisions of the Tax Law. Defendant's answer alleges, *inter alia*, that he sold and distributed the stock on behalf of Producers Royalty Company, Inc., and one Shaw, its president. The evidence sustains the material findings of the trial court. Judgment unanimously affirmed, with costs.

CHARLES WISHINSKY, Appellant, v. RILEY J. WARREN and BEATRICE W. BLANDING, Copartners, Doing Business as ONEONTA SALES COMPANY, Respondents.— Appeal from a judgment recovered by defendants on a counterclaim in the Oneonta City Court, which was affirmed by the Otsego County Court. The action was brought by plaintiff for damages alleged to have arisen because of the breach of a contract to repair a tractor so it would be " as good as new." The evidence supports the decision dismissing the complaint, and the judgment on the counterclaim, which was founded upon a promissory note of which plaintiff was the maker. Judgment unanimously affirmed, with costs.